UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

JERI NILSEN,  )
              )
        Plaintiff,  )
              )
    vs.       )    C05-453 P
              )
JO ANNE B. BARNHART,  )
Commissioner,  )
              )    **MINUTE ORDER**
              )
              )
        Defendant.  )

    This action has been reassigned to the Honorable Marsha J. Pechman, United States District Judge.   All future documents filed in this case must bear the cause number C05-453 P and bear the Judge's name in the upper right hand corner of the document.

    It appearing from the files and records herein that this is an appropriate proceeding to refer to a full-time United States Magistrate Judge for the purposes hereinafter set forth, pursuant to Local Rule MJR 4(A)(4) and as authorized by <u>Mathews, Secretary of HEW vs Weber</u>, 432 US 261 (1976), now therefore,

    Pursuant to the General Order entered by the Chief Judge on 30 April 2004, IT IS ORDERED that the above entitled action is hereby referred to the Honorable James P. Donohue, United States Magistrate Judge, who is directed and empowered to review

1  the administrative record, and to submit proposed findings and conclusions, and
2  recommended disposition.  The procedure for review of those recommendations shall
3  be in accordance with FRCP 72(b) and with Local Rule MJR 4(c).

Dated this 7th day of June, 2005

Bruce Rifkin, Clerk of Court

/S/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk