___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 27 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

05-CV-00453-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERI NILSEN,                           )
                                       )
            Plaintiff,                 )   Case No. C05-0453-MJP-JPD
                                       )
    v.                                 )
                                       )
JO ANNE B. BARNHART, Commissioner      )   ORDER OF REMAND
of Social Security Administration,     )
                                       )
            Defendant.                 )
_____)

The Court, having reviewed plaintiff's complaint, all papers and exhibits in support and in opposition to that complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint is GRANTED, the Commissioner's decision is reversed, and this action is remanded to the Social Security Administration for further proceedings not inconsistent with this opinion; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 27 day of Feb. , 2006.

*[signature]*

MARSHA J. PECHMAN
United States District Judge

ORDER OF REMAND
PAGE -1